■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN BONNER, Appellant. [671 NYS2d 210] —Judgment, Supreme Court, New York County (Mary McGowan Davis, J.), rendered September 11, 1995, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 15 years to life, unanimously affirmed.

Defendant's motion to suppress evidence was properly denied, since defendant's statements were not the product of custodial interrogation (*see, People v Li,* 235 AD2d 211, *lv denied* 89 NY2d 1037; *People v Centano,* 153 AD2d 494, *affd* 76 NY2d 837; *People v Yukl,* 25 NY2d 585). The record, including

evidence of defendant's voluntary accompaniment of the detectives and the conversational, non-accusatory nature of the discussion, amply supports the hearing court's findings. Concur—Sullivan, J. P., Milonas, Rosenberger and Andrias, JJ.